IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**ANN L. KOZ,**

      **Plaintiff,**

v.                                                      CASE NO. 1:12-cv-01151-JCC-JFA

**EQUIFAX INFORMATION SERVICES, LLC.,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC., BANK OF AMERICA, N.A.,**
**FIA CARD SERVICES, N.A.,** *formerly known as*
*MBNA America Bank, N.A*, **CACH, LLC.,**

      **Defendants.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                               **ANN L. KOZ,**

                                               /s/
                                          Leonard A. Bennett, Esq.
                                          VSB #37523
                                          Attorney for Plaintiff
                                          CONSUMER LITIGATION
                                          ASSOCIATES, P.C.
                                          763 J. Clyde Morris Boulevard, Suite 1-A
                                          Newport News, Virginia 23601
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          E-mail:  lenbennett@cox.net