**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

ANN L. KOZ,

     Plaintiff,

v.                           Civil Action No. 1:12-cv-01151-JCC-TRJ

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; BANK OF AMERICA,
N.A.; FIA CARD SERVICES, N.A.; and
CACH, LLC,

     Defendants.

**STIPULATION FOR EXTENSION**
**OF TIME TO FILE ANSWER**

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff

Ann Koz and Defendant Equifax Information Services LLC ("Equifax"), through counsel

of record, that the time within which Equifax may respond to Plaintiff's Complaint be

extended to, and include, November 30, 2012.  This extension is requested to allow the

parties additional time to continue their settlement discussions.

Dated: November 16, 2011

                        Respectfully submitted,

                        /s/
                        John W. Montgomery, Jr.
                        Virginia State Bar No. 37149
                        Counsel for Equifax Information Services, LLC
                        Montgomery & Simpson, LLLP
                        2116 Dabney Road, Suite A-1
                        Richmond, Virginia 23230
                        Telephone (804) 355-8744
                        Facsimile (804) 355-8748
                        Email jmontgomery@jwm-law.com

/s/
John Charles Bazaz (signed with express consent)
Virginia State Bar no. 70796
Counsel for Ann L. Koz
LAW OFFICES OF JOHN C. BAZAZ PLC
4000 Legato Road, Suite 1100
Fairfax, Virginia 22033
Telephone (703) 272-8455
Facsimile (703) 596-4555
Email: jbazaz@bazazlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing STIPULATION FOR EXTENSION OF TIME FOR EQUIFAX INFORMATION SERVICES LLC'S TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all parties of record.

John Charles Bazaz
Counsel for Ann L. Koz
LAW OFFICES OF JOHN C. BAZAZ PLC
4000 Legato Road, Suite 1100
Fairfax, Virginia 22033
Telephone (703) 272-8455
Facsimile (703) 596-4555
Email: jbazaz@bazazlaw.com

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
804-344-6334
Fax: 804-344-8359
Email:gkronenberg@morrismorris.com


Travis Aaron Sabalewski
Reed Smith LLP
901 E Byrd St
Suite 1700
Richmond, VA 23219-4069
Email: tsabalewski@reedsmith.com


Dated: November 19, 2012.


/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com