**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

ANN L. KOZ,

      Plaintiff,

v.                                    Civil Action No. 1:12-cv-01151-JCC-TRJ

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; BANK OF AMERICA,
N.A.; FIA CARD SERVICES, N.A.; and
CACH, LLC,

      Defendants.

**ORDER GRANTING STIPULATION FOR EXTENSION**
**OF TIME TO FILE ANSWER**

The stipulation made by Plaintiff and Defendant Equifax Information Services

LLC to extend Equifax Information Services LLC's answer date until November 30,

2012, is hereby approved this _____day of _____, 2012.

_____
HON. JAMES C. CACHERIS
UNITED STATES DISTRICT
JUDGE